IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**METROPOLITAN PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                                                          **PLAINTIFF**

v.                                    Case No. 4:20-cv-00501 KGB

**JOSHUA D. MOODY,** *et al.*                                                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal of separate defendants' counterclaim without prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a).

For good cause shown, the Court adopts the stipulation of dismissal of separate defendants' counterclaim without prejudice. The Court dismisses without prejudice the counterclaim filed by separate defendants Joshua D. Moody and Gwendolyn Moody.

It is so ordered this 27th day of January, 2021.

Kristine G. Baker
United States District Judge