IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY                                                               PLAINTIFF

v.                              Case No. 4:20-cv-00501 KGB

JOSHUA D. MOODY, *et al.*                                                                DEFENDANT

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 39). Plaintiff Metropolitan Property and Casualty Insurance Company and defendants Joshua D. Moody, David Moody, and Gwendolyn Moody jointly state that the matters asserted within the complaint for declaratory judgment have amicably settled and resolved (Dkt Nos. 1, 39). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 39). The action is dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

It is so ordered this 10th day of June, 2022.

_____
Kristine G. Baker
United States District Judge